1140

No. 97–7579. CELESTINE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7580. TARIQ A-R Y v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 97–7581. VALLES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7586. JAMES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7592. WATKINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7593. TARBOX v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–7596. LARSEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7598. NETTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–7599. LITTLE, AKA FRANKLIN, ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7600. HALEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7602. HALL ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–7607. FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7610. HAAKE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7612. THONG VANG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7618. NATHAN J. (JUVENILE) v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7619. KING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.